UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 22-CV-1365 - CNS- MDB

Citizens Project

Plaintiff,

v.                                                          LAW STUDENT APPEARANCE FORM

City of Colorado Springs

Defendant.

1. Law Student Certification  · Tyler Price

I certify that:

(a)    I am duly enrolled in _____Harvard_____ law school in
        accordance with part B.1 of the Student Practice Rule of this court.

(b)    I am receiving no compensation from the client in accordance with part
        B.6 of the Student Practice Rule of this court.

(c)    I am familiar with and will comply with the Federal Rules of Civil
        Procedure, the Federal Rules of Evidence, and this court's Local Rules of
        Practice and Website (cod.uscourts.gov), including the Judicial Officers'
        Procedures.

Dated: 02/06/2023

_____
Signature of Student

2. Law School Certification

I certify that this student.

(a)     has completed at least two semesters of law school, including a course in Evidence and is enrolled in (or has completed) an approved clinical program at the law school;

(b)     is qualified to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

(c)     that _Theresa J. Lee_, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated  _____     _____
                                    Signature of Dean or Authorized Designee

                                    _Asst Dean, Clinical & Experiential Education_
                                    (Position of Above)    _& Pro Bono Programs_

3. Supervising Attorney's Certification

As a member of the bar of the United States District Court for the District of Colorado. I certify that I will:

(a)     assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

(b)     guide and assist this student as necessary or appropriate under the circumstances; and

(c)     appear with this student in all proceedings in this matter.

Dated: 2/6/2023     _____
                          Signature of Attorney

4. Consent of Client

        I consent to be represented by student attorney, __Tyler Price__, in this matter in accordance with the Student Practice Rule of this court.

        I authorize this student: to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court and employed in the clinical program at the law school.

Dated: 2-8-23

                                              Signature of Client

5. Judicial Consent

        I authorize this student to appear in this matter pursuant to the Student Practice Rule of this court, except _____.

Dated:

                                              Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C.COLO.LCivR 72.2