IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:  22-cv-01365-CNS-MDB

CITIZENS PROJECT,
COLORADO LATINOS VOTE,
LEAGUE OF WOMENS VOTERS OF PIKES PEAK REGION, and
BLACK/LATINO LEADERSHIP COALITION,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS, and
SARAH BALL JOHNSON, in her official capacity as CITY CLERK,

    Defendants.

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER
## PURSUANT TO FED. R. EVID. 502(d)

The parties, by and through their respective counsel, hereby jointly move this Court to enter the accompanying Stipulated Order pursuant to Fed. R. Evid. 502(d) and state in support as follows:

1. The parties are interested in expediating and facilitating the production and use of electronic and hard copy data, information and documents in this proceeding and seek to protect the parties against disclosure of attorney-client privileged communication or work product materials, waiver of privileges and protections attached to that electronic and hard copy data, information, and documents. Fed. R. Evid. 502(d) states "[a] federal court may order that the

privilege or protection is not waived by disclosure connected with the litigation pending before the court—in which event the disclosure is also not a waiver in any other federal or state proceeding." *Id.*

Accordingly, the parties respectfully request that the attached Stipulated Order under Fed. R. Evid. 502(d) be adopted by order of the Court.

Respectfully submitted this <u>24th</u> day of <u>May</u>, 2023.

          OFFICE OF THE CITY ATTORNEY
          Wynetta P. Massey, City Attorney

          <u>/s/ W. Erik Lamphere</u>
          W. Erik Lamphere, Division Chief
          Tracy M. Lessig, Deputy City Attorney
          30 S. Nevada Ave., Suite 501
          Colorado Springs, Colorado 80903
          Telephone: (719) 385-5909
          Facsimile: (719) 385-5535
          erik.lamphere@coloradosprings.gov
          tracy.lessig@coloradosprings.gov
          *Attorneys for Defendants*

          <u>/s/ Theresa J. Lee</u>
          Theresa J. Lee
          Daniel Hessel*
          Nicholas Stephanopoulos
          ELECTION LAW CLINIC
          Harvard Law School
          6 Everett Street, Suite 4105
          Cambridge, MA 02138
          thlee@law.harvard.edu
          dhessel@law.harvard.edu
          nstephenopoulos@law.harvard.edu
          *Attorneys for Plaintiffs*

          **federal practice only*

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 24th day of May, 2023, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED ORDER PURSUANT TO FED. R. EVID. 502(d)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Theresa J. Lee (thlee@law.harvard.edu)
Daniel Hessel (dhessel@law.harvard.edu)
Nicholas Stephanopoulos (nstephanopoulos@law.harvard.edu)
*Attorneys for Plaintiffs*

*/s/ Donnielle Davis*
Donnielle Davis
Paralegal