IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 22-cv-01365-CNS-SKC | Date: December 21, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| CITIZENS PROJECT<br>COLORADO LATINOS VOTE<br>LEAGUE OF WOMEN VOTERS OF THE PIKES<br>PEAK REGION<br>BLACK/LATINO LEADERSHIP COALITION<br>**Plaintiffs** | *Daniel Hessel*<br>*Theresa Lee* |
| v. | |
| CITY OF COLORADO SPRINGS<br>SARAH BALL JOHNSON<br>**Defendants** | *W. Erik Lamphere*<br>*Tracy Lessig*<br>*Patrick Lewis via VTC* |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

Court in Session:  8:59 a.m.

Appearance of counsel.

Discussion held on ECF No. 41, order to issue.

Proposed Final Pretrial Order reviewed.

**ORDERED:** **Settlement conference with the Magistrate Judge is authorized.**

**Parties are to file a joint status report within ten days upon completion of mediation or settlement conference.**

**ORDERED:** **Seven-day Bench Trial is set to commence August 19, 2024, at 8:00 a.m. with a Trial Preparation Conference on August 2, 2024, at 10:00 a.m. before the Honorable Charlotte N. Sweeney in Courtroom 702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, CO 80294.**

Pretrial Order approved with interlineations as outlined on the record.

Court in Recess:  9:09 a.m. Hearing concluded. Total time in Court:  00:10