**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CITIZENS PROJECT, COLORADO
LATINOS VOTE, LEAGUE OF WOMEN
VOTERS OF THE PIKES PEAK REGION,
and BLACK/LATINO LEADERSHIP
COALITION,

      *Plaintiffs*,

v.                                No. 22-cv-1365-SKC-MDB

CITY OF COLORADO SPRINGS, and
SARAH BALL JOHNSON, in her official
capacity as City Clerk,

      *Defendants*.

**NOTICE REGARDING LAW STUDENT APPEARANCES**

Plaintiffs Citizens Project, Colorado Latinos Vote, League of Women Voters of the Pikes Peak Region, and Black/Latino Leadership Coalition respectfully submit this notice to alert the Court to a change in attorney supervision of students. Attorney Theresa J. Lee recently left the Harvard Election Law Clinic to join the American Civil Liberties Union. ECF No. 83. As a result, attorney Daniel Hessel will be supervising law students who have appeared in this case with the Court's permission.

Plaintiffs have filed updated Law Student Appearance Forms for Melissa Cordial and Jacqueline Landry. ECF Nos. 84, 85. The Court previously approved the appearances of Ms. Cordial and Ms. Landry, with Ms. Lee as supervising attorney. ECF Nos. 81, 82. Plaintiffs respectfully request that the Court approve the updated appearance forms with Mr. Hessel as supervising attorney.

1

Plaintiffs have also filed a Law Student Appearance Form for Rachel Simon, who had not previously appeared. ECF No. 86.

Finally, Plaintiffs respectfully withdraw the appearances of Lucas Rodriguez, ECF No. 80, and Morgan Hurst, ECF No. 74, who are no longer students in the Election Law Clinic.

Dated: June 20, 2024                        Respectfully submitted,

*/s/ Daniel Hessel*
Daniel Hessel
Nicholas Stephanopoulos
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Suite 4105
Cambridge, MA 02138
(617) 496-0370
dhessel@law.harvard.edu
nstephanopoulos@law.harvard.edu


Theresa J. Lee
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 549-2500
tlee@aclu.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Daniel Hessel, hereby certify that the forgoing Notice Regarding Law Student

Appearances was served upon all counsel of record in this case via ECF.

/s/ Daniel Hessel