Jacqueline Landry

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1365-SKC-MDB

Citizens Project et al

Plaintiff(s),

v.

Colorado Springs et al

Defendant(s).

---

## LAW STUDENT APPEARANCE FORM

---

1. **Law Student Certification**

   I certify by my signature that the following statements are true and correct.

   (a) I am duly enrolled in __Harvard__ law school or, or, if graduated, am preparing to take a written bar examination, or am awaiting admission to the bar following that examination, in accordance with part (b)(1) of the Student Practice rule of this court [D.C.COLO.LAttyR 14].

   (b) I am enrolled in or have successfully completed a law school clinical program or an externship or internship with a government agency.

   (c) I have completed two full semesters of law school, including a course in evidence.

   (d) I am receiving no compensation from the client in accordance with part (b)(6) of the Student Practice rule of this court.

   (e) I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this court's local rules of practice and website, including the judicial officers' procedures.

Dated: 06/07/2024

_Jacqueline Landry_
Signature of Student

1

2. <u>Law School Certification</u>

I certify by my signature that the following statements about this student and the supervising attorney are true and correct.

(a) That _Jacqueline Landry_, has completed at least two semesters of law school, including a course in evidence, and is enrolled in (or has completed) an approved clinical program at the law school or an externship or internship with a government agency;

(b) That this student is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice rule of this court.

(c) That attorney _Daniel Hessel_, who will serve as supervising attorney, is either

   1) a member of the bar of the U.S. District Court and employed in a clinical program approved by this school, or

   2) a member of the bar of the U.S. District Court.

Dated:
6/12/2024

_____
Signature of Dean or Authorized Designee

_Ass't Dean, Clinical & Experiential Education_
(Position of Above)

3. <u>Supervising Attorney's Certification</u>

I certify by my signature that the following statements are true and correct.

(a) I a member in good standing of the bar of this court.

(b) I will maintain appropriate professional liability insurance for the supervising attorney and eligible students.

(c) I will introduce the student to the court.

(d) I assume professional responsibility for the work of the student.

(e) I will be present whenever the student appears.

2

(f) I will sign all pleadings and court documents.

(g) This signed Law Student Appearance Form will constitute the written agreement to supervise the student in accordance with D.C.COLO.LAttyR 14.

Dated: 6/12/2024

Signature of Attorney

4. Consent of Client

I consent to be represented by student attorney Jacqueline Landy in this matter, in accordance with the Student Practice rule of this court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this court.

Dated: 06/14/24

Signature of Client

5. Judicial Consent

I authorize this student to appear in this matter pursuant to the Student Practice rule of this court.

Dated: June 20, 2024

Signature of District Judge
or Magistrate Judge Exercising
Consent Jurisdiction Pursuant
to D.C.COLO.LCivR 40.1(c)
and 72.2

3