IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01365-SKC-MDB

CITIZENS PROJECT, COLORADO
LATINOS VOTE, LEAGUE OF WOMEN
VOTERS OF THE PIKES PEAK REGION,
and BLACK/LATINO LEADERSHIP COALITION,

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS, and
SARAH BALL JOHNSON, in her official
capacity as City Clerk,

      Defendants.

## ENTRY OF APPEARANCE FOR TIMOTHY MACDONALD

PLEASE TAKE NOTICE that Timothy Macdonald, of the American Civil Liberties Union Foundation of Colorado, a duly licensed attorney in the State of Colorado, hereby enters his appearance on behalf of the Plaintiffs.

Respectfully submitted this 3rd of July 2024,

*/s/Timothy Macdonald*
Timothy Macdonald, #29180
American Civil Liberties Union
Foundation of Colorado
303 E. 17th Avenue, Suite 350
Denver, Colorado 80203
(720) 402-3151
tmacdonald@aclu-co.org
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2024, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR TIMOTHY MACDONALD** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

/s/ Timothy Macdonald
Timothy Macdonald