# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01365-SKC-MDB

CITIZENS PROJECT,
COLORAO LATINOS VOTE,
LEAGUE OF WOMEN VOTERS OF THE PIKES PEAK REGION, and
BLACK/LATINO LEADERSHIP COALITION,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS and
SARAH BALL JOHNSON,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing Plaintiff's claim (ECF No. 93) entered by U.S. District Judge S. Kato Crews entered on July 9, 2024, it is

ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of July, 2024.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By:  s/   C. Pearson, Deputy Clerk